# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TANIA SCHLICHTING, | CASE NO. 07cv1886-JLS (WMc) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| LAB RESEARCH INTERNATIONAL, INC., et al., | |
| Defendant. | |

On December 11, 2007, the Court held a Case Management/Settlement Conference. Appearing for Plaintiff were Patricia Lewis, Esq. Appearing for Defendant were Rick Bergstrom, Esq. Plaintiff and defendant's representative also appeared. The case settled.

Therefore, the a telephonic Settlement Disposition Conference will be held ***December 18, 2007***, at ***4:45 p.m.*** in the chambers of Magistrate Judge William McCurine, Jr. **Counsel for defendant is instructed to initiate the call by first contacting opposing counsel and then telephoning chambers at 619-557-6624.**

IT IS SO ORDERED.

DATED: December 13, 2007

_/s/ W McCurine Jr._
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28